for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ In the Matter of FRED MAZONE v. STATE LIQUOR AUTHORITY.— Motion to dismiss proceeding granted, with $10 costs.

■ In the Matter of the Arbitration between ROBERT O. WEISS and METALSALTS CORPORATION.—Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ LES EDITIONS BERNARD GRASSET v. NEW AMERICAN LIBRARY OF WORLD LITERATURE, INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before September 14, 1961, with notice of argument for September 26, 1961, said appeal to be argued or submitted when reached.

■ KITTY SUDEROV et al. v. ÆTNA INSURANCE COMPANY.— Motion to dispense with printing denied.

■ In the Matter of 1050 FIFTH AVENUE, INC., v. BERNARD SPITZER et al. — Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before September 28, 1961, with notice of argument for October 10, 1961, said appeal to be argued or submitted when reached.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JESUS REYES.— ■ Concur — Breitel, J. P., Stevens, Eager, Steuer and Noonan, JJ.

## (September 19, 1961)

■ In the Matter of the Arbitration between GRAYSON-ROBINSON STORES, INC., et al., Respondents, and IRIS CONSTRUCTION CORP., Appellant.— No opinion. Concur — Botein, P. J., Breitel, Eager and Noonan, JJ.

■ In the Matter of CHARLES I. GARSIDE, Respondent, v. MOST PREFERRED, INC., et al., Respondents, and CLEM E. SHELDON, Appellant.— No opinion. Motion for a stay dismissed, having become academic by virtue of the decision of this court decided herein. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ HARRY SIMMS, Respondent, v. ABEN SERVICE CO., INC., et al., Appellants.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ UNIVERSAL COCONUT CORPORATION, Appellant, v. JOSEPH R. AWAD & Co., INC., et al., Respondents.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ In the Matter of the Arbitration between CLYDE FASHIONS, LTD., Appellant, and EINIGER MILLS, INC., Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.